```
                FILED
    CLERK, U.S. DISTRICT COURT

            JAN - 5 2015

    CENTRAL DISTRICT OF CALIFORNIA
    BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael A. Garrett<br><br>    Defendant. | 2:13CR00145<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

refused PTS Interview
_____
_____

(B)   ( )   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 1-5-15

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2